JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO NAVARRO,<br><br>        Petitioner,<br><br>   v.<br>SAN BERNARDINO COUNTY SHERIFF,<br><br>        Respondent. | Case No. 5:18-cv-02359-JFW-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 23, 2019

                                                    _____
                                                    JOHN F. WALTER
                                                    UNITED STATES DISTRICT JUDGE